IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN MANUEL JAUREGUI PEREZ, and FERNANDA SARAY TOSTADO HERNANDEZ,<br><br>            Plaintiffs,<br><br>vs.<br><br>LOREN K. MILLER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, in his official capacity as well as his successors and assigns; et al.;<br><br>            Defendants. | **4:23CV3085**<br><br>**ORDER** |

IT IS ORDERED,

1) The parties' motion to stay this case pending the appellate ruling by the United States Court of Appeals for the Eighth Circuit in Case Nos. 23-3378, 23-3379, 23-3397, 23-3520, and 23-3523, (Filing No. 38), is granted.

2) Within 14 days following the appellate ruling, counsel for the parties shall schedule a hearing before the assigned magistrate judge to discuss further case progression.

3) The Clerk of the United States District Court for the District of Nebraska shall set an internal case management deadline of May 24, 2024, and close this case for statistical purposes.

Dated this 22nd day of November, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge