IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN MANUEL JAUREGUI PEREZ, and FERNANDA SARAY TOSTADO HERNANDEZ,<br>              Plaintiffs,<br>   vs.<br>LOREN K. MILLER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, in his official capacity as well as his successors and assigns; ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, in his official capacity as well as his successors and assigns; UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services, in her official capacity as well as her successor and assigns; ANTONY J. BLINKEN, Secretary of State, U.S. Department of State, in his official capacity as well as his successors and assigns; PHILLIP SLATTERY, Director, National Visa Center, U.S. Department of State, in his official capacity as well as his successors and assigns; and RICHARD C. VISEK, Acting Legal Adviser, U.S. Department of State, in his official capacity as well as his successors and assigns;<br>              Defendants. | 4:23CV3085<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation of Dismissal of Case without Prejudice (Filing No. 41). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed without prejudice.

Dated this 18th day of October, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge